IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| KURTIS LEE STEGER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-08-174-C |
| | ) | |
| ROBERTA HICKEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Third Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on February 5, 2010. The court file reflects that no party has objected to the report and recommendation within the time limits prescribed. Therefore, the Court adopts the report and recommendation in its entirety.

Accordingly, the Third Report and Recommendation of the Magistrate Judge is adopted and the Motion for Summary Judgment of Defendants CCA, Blair, Perez, and Newland is granted. Plaintiff's Motion to Supplement (Dkt. No. 82) is granted to the extent that it is treated as a supplement to Plaintiff's Response to Defendants' Motion for Summary Judgment. Plaintiff's alternative motion for extension of time and motion to compel are denied. In light of earlier rulings, this resolves all issues in favor of Defendants. A judgment shall enter accordingly.

IT IS SO ORDERED this 22nd day of February, 2010.

ROBIN J. CAUTHRON
United States District Judge